

## COURT OF APPEALS FOR THE
### FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:      Janai Atkins v. The State of Texas

Appellate case number:    01-16-00080-CR

Trial court case number:   1983681

Trial court:            County Criminal Court at Law No. 4 of Harris County

This case involves an appeal from a judgment, signed by the trial court on October 15, 2015, in which the appellant, Janai Atkins, was found guilty of the class B misdemeanor offense of theft—$50 or more but less than $500—for which the jury sentenced her to 180 days in county jail and a $250.00 fine, but the trial court suspended that sentence and placed her on deferred adjudication community supervision for eighteen months. The clerk's record was filed in this Court on March 1, 2016.

On March 31, 2016, because the reporter's record had not been filed in this Court due to non-payment by appellant, this Court ordered appellant's counsel to pay for the reporter's record within thirty days of that order or else this Court might proceed to set the briefing schedule without the reporter's record. *See* TEX. R. APP. P. 37.3(c). Appellant failed to timely respond. Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See id*.

Appellant's brief is ORDERED to be filed **within 30 days** of the date of this order. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See id.* 38.6(b).

It is so ORDERED.

Judge's signature: /s/ <u>Laura C. Higley</u>
                 ⊠  Acting individually

Date: <u>June 2, 2016</u>